**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

EVERLINA WARREN, individually and as )
Administrator of the Estate of Wendell )
F. Warren, deceased, )
                                                     )
                Plaintiff, )
                                                     )
                                                     ) CIV-11-439-FHS
vs. )
                                                     )
CUNA MUTUAL GROUP, a foreign corporation)
and CUNA MUTUAL INSURANCE SOCIETY, )
a foreign corporation, )
                                                     )
                Defendants. )

<u>ORDER</u>

Before the court for its consideration is Defendants' Motion for Summary Judgment and Brief in Support (Doc. 31). The court finds there are genuine issues of material facts as to the cause of death of Wendell F. Warren, plaintiff's decedent. As a result, summary judgment is therefore inappropriate and said motion should be overruled. Fed. R. Civ. P. 56; <u>see</u>, <u>e.g.</u>, <u>Celotex Corporation v. Catrett</u>, 477 U.S. 317, 106 S.Ct. 2548 (1986); <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 106 S.Ct. 2505 (1986).

IT IS SO ORDERED this 14th day of January, 2013.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma